# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ann Allen-Taylor,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Farmers Group Property and Casualty Insurance Company,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-01916-RFB-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is a joint discovery plan. Docket No. 9. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). In this case, the parties seek to increase that period by 33% to 240 days. *See* Docket No. 9 at 2. In support of special scheduling review, the parties state without elaboration that "this is a first-party insurance action involving extra-contractual claims of insurance bad faith, violations of the unfair claims practices act that call for a longer discovery period." *Id.* Such a bald statement fails to show that the default discovery period would be insufficient given the circumstances of the case. Accordingly, the discovery plan is DENIED without prejudice. No later than December 5, 2025, the parties must file a renewed joint discovery that that either includes the default schedule or meaningful discussion as to why special scheduling review is warranted.

　　　　IT IS SO ORDERED.

　　　　Dated: November 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1