David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
**THE FELDMAN FIRM**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
*Attorneys for Defendant Farmers Group*
*Property and Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANN ALLEN-TAYLOR, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X<br><br>    DEFENDANTS. | CASE NO. 2:25-cv-01916-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO COMPEL** |

    Plaintiff ANN ALLEN-TAYLOR (hereinafter "Plaintiff"), by and through her counsel of record, Scott L. Rogers, Esq. of Mitchell Rogers Injury Law, and Defendant FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY ("Defendant"), by and through its counsel of record, David J. Feldman, Esq., of The Feldman Firm, hereby stipulate to extend the due date for Defendant's response to Plaintiff's Motion to Compel the Production of Non-Privileged Documents ("Motion"). (ECF No. 13).

/ / /

/ / /

1

The current deadline for Defendant's response to Plaintiff's Motion is March 17, 2026. Defendant's Counsel, David J. Feldman, Esq., needs additional time to respond to the Motion as he was out of the office for most of the week of March 9, 2026, due to the unexpected passing of his mother. As such, the parties stipulate that the deadline for filing a response to the Motion be extended by one week, to March 24, 2026.

**IT IS SO STIPULATED.**

Dated:        3/17/26                              Dated:        3/17/26

THE FELDMAN FIRM                          MITCHELL ROGERS INJURY LAW

By:    /s/ David Feldman                     By:    /s/ Scott L. Rogers
David J. Feldman, Esq.                         Scott L. Rogers, Esq.
Nevada Bar No. 5947                           Nevada Bar No. 13574
John C. Dorame, Esq.                           Will C. Mitchell Esq.
Nevada Bar No. 10029                         Nevada Bar No. 14403
8831 West Sahara Avenue                    9480 S. Eastern Ave., Ste. 236
Las Vegas, Nevada 89117                    Las Vegas, Nevada 89123
Telephone:  (702) 949-5096               Telephone: (702) 702-2622
dfeldman@feldmanattorneys.com        Facsimile: (702) 505-8860
jdorame@feldmanattorneys.com         Scott@MRIattorney.com
*Attorneys for Defendant Farmers Group*    Will@MRIattorney.com
*Property and Casualty Insurance Company*    *Attorneys for Plaintiff Ann Allen-Taylor*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 17, 2026

2